UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 14-40** |
| **JOSEPH J. MOGAN, III, ET AL.** | **SECTION "E" (3)** |

### REPORT AND RECOMMENDATION

On March 30, 2015 and April 8, 2015, the District Court referred two petitions for adjudication of interest [Doc. #179 & #187] to this Court. The parties have resolved the petitions through joint stipulations that they have filed into the record. [Doc. #194 & #195]. Accordingly,

**IT IS RECOMMENDED** that the District Court sign the orders attached to Doc #194 & #195.

**IT IS FURTHER ORDERED** that the conference set on September 21, 2015 is CANCELLED.

### NOTICE OF RIGHT TO OBJECT

Objections must be: (1) specific, (2) in writing, and (3) served within fourteen (14) days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b) and 72(b). A party's failure to object bars that party from: (1) entitlement to *de novo* review by a district judge; and (2) appellate review of the un-objected-to factual findings and legal conclusions accepted by the

district court, except upon grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

    New Orleans, Louisiana, this 17th day of September, 2015.

                                            **DANIEL E. KNOWLES, III**
                                            **UNITED STATES MAGISTRATE JUDGE**